01

02

03

04

05

06                      UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF WASHINGTON
07                            AT SEATTLE

08  BOBBY L. DICKERSON, JR.,                 CASE NO. C11-188-MJP-JPD

09        Petitioner,

10        v.                                 REPORT AND RECOMMENDATION

11  UNITED STATES DISTRICT COURT FOR
    THE WESTERN DISTRICT OF
12  WASHINGTON, *et al*.,

13        Respondents.

14

15        *Pro se* petitioner Bobby L. Dickerson, Jr., filed a proposed 28 U.S.C. § 2241 habeas

16  petition without a filing fee and without an application to proceed *in forma pauperis* ("IFP").

17  (Dkt. 1.)   On February 11, 2011, mail directed to plaintiff by the Clerk was returned as

18  undeliverable.   (Dkt. 3 (informing petitioner that he had until March 3, 2011, to submit a filing

19  fee or an IFP application); Dkt. 4 (mail returned as undeliverable).)   Local Rule CR 41(b)(2)

20  provides as follows:

21              A party proceeding pro se shall keep the court and opposing
                parties advised as to his current address.   If mail directed to a
22              pro se plaintiff by the clerk is returned by the post office, and if
                such plaintiff fails to notify the court and opposing parties within
                sixty days thereafter of his current address, the court may dismiss

    REPORT AND RECOMMENDATION
    PAGE -1

01        the action without prejudice for failure to prosecute.

02   Thus, petitioner should have notified the Court of his current address at latest by April 12, 2011.

03   *See also* Local Rule W.D. Wash. CR 10(f) (requiring parties to notify the Court within ten days

04   of a change of address).   Because petitioner has failed to notify the Court of his current address

05   by the sixty-day deadline to do so, this action should be dismissed without prejudice for failure

06   to prosecute.

07        The Court recommends that this action be **DISMISSED** without prejudice for failure to

08   prosecute pursuant to Local Rule CR 41(b)(2).   A proposed order accompanies this Report and

09   Recommendation.

10        DATED this 21st day of April, 2011.

11

12

        _____
        JAMES P. DONOHUE
        United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

REPORT AND RECOMMENDATION
PAGE -2