UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOBBY L. DICKERSON, JR.,

          Petitioner,

  v.

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON, *et al.*,

          Respondents.

Case No. C11-188-MJP

ORDER OF DISMISSAL

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge James P. Donohue, the governing law, and the balance of the record, and noting the absence of any opposition, does hereby find and ORDER:

(1)     The Report and Recommendation is ADOPTED;

(2)     This 28 U.S.C. § 2241 habeas petition is DISMISSED without prejudice for failure to prosecute pursuant to Local Rule CR 41(b)(2);

(3)     The Clerk of Court is directed to send copies of this Order to petitioner and to Magistrate Judge Donohue.

DATED this 21st day of May, 2011.

Marsha J. Pechman
United States District Judge

ORDER OF DISMISSAL -1